### June 29, 1999

| | | |
|---|---|---|
| 21927 | Budynas v. Orange Technologies, Inc. | Affirmed |
| 21880 | State v. Inoue | Affirmed |
| 22113 | State v. Kekela | Affirmed |

### June 30, 1999

| | | |
|---|---|---|
| 21128 | State v. Hanapi | Affirmed |

### July 7, 1999

| | | |
|---|---|---|
| 21511 | Makaneole v. Aetna Cas. and Sur. Co. | Affirmed |
| 21949 | State v. Rodrigues | Vacated |

### July 8, 1999

| | | |
|---|---|---|
| 21913 | Choe v. Administrative Director of the Courts, State of Hawaii | Affirmed |
| 21682 | Toribio v. Administrative Director of the Courts, State of Hawaii | Affirmed |

### July 12, 1999

| | | |
|---|---|---|
| 21834 | State v. Ancheta | Affirmed |

### July 21, 1999

| | | |
|---|---|---|
| 22134 | McGill v. Joy | Affirmed |

### July 26, 1999

| | | |
|---|---|---|
| 22014 | Clear-A-Check, Inc. v. Hadley | Affirmed |
| 21881 | State v. Maelega | Affirmed |

### August 16, 1999

| | | |
|---|---|---|
| 21901 | State v. Brady | Affirmed |

### August 27, 1999

| | | |
|---|---|---|
| 21952 | State v. Akina | Affirmed |
| 22033 | State v. Cortez | Affirmed |
| 21888 | State v. Dereis | Affirmed |

### August 30, 1999

| | | |
|---|---|---|
| 21463 | Whaler's Wharf, Ltd. v. Schumann's Corp. | Affirmed |

### August 31, 1999

| | | |
|---|---|---|
| 22193 | Hilton v. Jackson | Affirmed |
| 22032 | Mahoe v. Kawaguchi | Affirmed |
| 22267 | State v. Lezak | Affirmed |